GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William (Bill) Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN NATALIE SHERVIN,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; WILLIAM (BILL) SHAFFER; and DOES 1 to 100, inclusive,<br><br>  Defendants. | CASE NO.  CV 08 1632 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for

///
///
///
///
///

1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE
CV 08 1632 EMC

148954.1 555.24981

trial and disposition and hereby requests the reassignment of this case to a United States District Judge.[1]

DATED: April 3, 2008        SELMAN BREITMAN LLP

By: _____
    GREGG A. THORNTON
    DANIELLE K. LEWIS
    Attorneys for Defendants
    CITY OF NEWARK, CALIFORNIA;
    ROBERT DOUGLAS; RICHARD LOPEZ;
    WILLIAM (BILL) SHAFFER

---

[1] On April 1, 2008, defendants filed a Motion to Consider Whether Cases Should be Related in <u>Amir Shervin v. City of Newark, California, et al.</u>, case number CV 08 1631 VRW.

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CV 08 1632 EMC

148954.1 555.24981

## PROOF OF SERVICE

Shirin Natalie Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1632 EMC

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 3, 2008**, I served the following document(s) described as **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff SHIRIN NATALIE SHERVIN |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 3, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

148672.1  555.24981

1