GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William (Bill) Shaffer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN NATALIE SHERVIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM (BILL) SHAFFER; and DOES<br>1 to 100, inclusive,<br><br>        Defendants. | CASE NO.  CV 08 1632 WHA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

1.    Pursuant to Civil L.R. 6-1(a), the parties agree to extend the time within which defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM (BILL) SHAFFER (hereafter referred to collectively as "defendants") shall file their Answer or otherwise respond to the Complaint.

2.    The time within which defendants shall file their Answer or otherwise respond to the Complaint is extended by a period of two (2) weeks.

1

Selman Breitman LLP
ATTORNEYS AT LAW

149223.1 555.24981

1      3.    Defendants shall file their Answer or otherwise respond

2    to the Complaint by April 22, 2008.

3

4    DATED: April 7, 2008

5

6                                    By: _____

7                                        JAMES P. SWANSEEN

8                                        Attorneys for Plaintiff SHIRIN
                                         NATALIE SHERVIN

9    DATED: April 7, 2008         SELMAN BREITMAN LLP

10

11                                   By: _____

12                                       GREGG A. THORNTON
                                         DANIELLE K. LEWIS

13                                       Attorneys for Defendants
                                         CITY OF NEWARK, CALIFORNIA;

14                                       ROBERT DOUGLAS; RICHARD LOPEZ;
                                         WILLIAM (BILL) SHAFFER

15

16

17

18

19

20

21

22

23

24

25

26

27

28

149223.1 555.24981

04/07/2008 MON 14:46 [TX/RX NO 7304] 005

**Selman Breitman LLP**
ATTORNEYS AT LAW

## PROOF OF SERVICE

Shirin Natalie Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1632 WHA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 7, 2008**, I served the following document(s) described as **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

James P. Swanseen, Esq.                     Attorney For Plaintiff SHIRIN
Attorney at Law                             NATALIE SHERVIN
43 Dowitcher Way
San Rafael, CA 94901
Tel: (415) 571-6403

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 7, 2008**, at San Francisco, California.

_Laura Talesnik_
LAURA TALESNIK

149325.1  555.24981

1