GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William (Bill) Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN NATALIE SHERVIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM (BILL) SHAFFER; and DOES<br>1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV 08 1632 WHA<br><br>**DEMAND FOR JURY TRIAL** |

Defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM (BILL) SHAFFER, hereby demand trial by jury in this action.

DATED: April 7, 2008     SELMAN BREITMAN LLP

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　GREGG A. THORNTON
　　　　　　　　　　　　　　　　DANIELLE K. LEWIS
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　CITY OF NEWARK, CALIFORNIA;
　　　　　　　　　　　　　　　　ROBERT DOUGLAS; RICHARD LOPEZ;
　　　　　　　　　　　　　　　　WILLIAM (BILL) SHAFFER

1

# PROOF OF SERVICE

Shirin Natalie Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1632 WHA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 7, 2008**, I served the following document(s) described as **DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

James P. Swanseen, Esq.          Attorney For Plaintiff SHIRIN
Attorney at Law                  NATALIE SHERVIN
43 Dowitcher Way
San Rafael, CA 94901
Tel: (415) 571-6403

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 7, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

149325.1  555.24981

1