

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L R 3-12(b):

| | |
|---|---|
| **08-1631 VRW** | **Amir Shervin v City of Newark, et al** |
| **08-1632 WHA** | **Shirin Shervin v City of Newark, et al** |

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[] **ARE NOT RELATED** as defined by Civil L R 3-12(b).

[X] **ARE RELATED** as defined by Civil L R 3-12(b). Pursuant to Civil L R 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **VRW** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED:** 4/11/2008

**UNITED STATES DISTRICT  JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W Wieking, Clerk**

**DATED:** 4/14/08

**By:** _____

**CORA KLEIN**

Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____
                            (date)