```
1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William (Bill) Shaffer
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN NATALIE SHERVIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM (BILL) SHAFFER; and DOES<br>1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 08 1632 VRW<br><br>**DEFENDANT NEWARK'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>**FRCP 12(b)(6)**<br><br>Date : June 5, 2008<br>Time : 2:30 p.m.<br>Ctrm : 6<br>Judge: Hon. Vaughn R. Walker |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　NOTICE IS HEREBY GIVEN that on June 5, 2008, in Courtroom 6, at 2:30 p.m., or as soon thereafter as the matter may be heard, in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, defendants CITY OF NEWARK, CALIFORNIA (hereafter "CITY OF NEWARK"); ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM (BILL) SHAFFER (hereafter referred to collectively as "NEWARK" or "defendants"), will hereby move the

1

1 court to dismiss the causes of action alleged by plaintiff Shirin
2 Natalie Shervin as to defendant CITY OF NEWARK. This motion is
3 brought pursuant to Federal Rule of Civil Procedure 12(b)(6) on
4 the following grounds:
5     Plaintiff Shirin Natalie Shervin has failed to state a claim
6 against CITY OF NEWARK.
7     This motion to dismiss is based on this Notice of Motion,
8 the accompanying Memorandum of Points and Authorities, the
9 pleadings and papers filed in this action thus far, and on any
10 and all further evidence that may be presented at or before the
11 hearing on this motion.

13 DATED: April 22, 2008    SELMAN BREITMAN LLP

15 By: *Danielle K Lewis*
16     GREGG A. THORNTON
    DANIELLE K. LEWIS
17     Attorneys for Defendants
    CITY OF NEWARK, CALIFORNIA;
    ROBERT DOUGLAS; RICHARD LOPEZ;
18     WILLIAM (BILL) SHAFFER

## PROOF OF SERVICE

Shirin Natalie Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1632 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 22, 2008**, I served the following document(s) described as **DEFENDANT NEWARK'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff SHIRIN<br>NATALIE SHERVIN |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 22, 2008**, at San Francisco, California.

*Laura Talesnik*
LAURA TALESNIK

149317.1  555.24981

1