GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William (Bill) Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN NATALIE SHERVIN,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM SHAFFER; and DOES 1 to<br>100, inclusive,<br><br>   Defendants. | CASE NO. CV 08 1632 VRW<br><br>**[PROPOSED]**<br><br>ORDER GRANTING DEFENDANT NEWARK'S MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES<br><br>FRCP 12(f)<br><br>Date : June 5, 2008<br>Time : 2:30 p.m.<br>Ctrm : 6<br>Judge: Hon. Vaughn R. Walker |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  The motion of defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM (BILL) SHAFFER (hereafter referred to collectively as "NEWARK" or "defendants") to strike the prayer for punitive damages, came on regularly for a hearing before this court on June 5, 2008. Danielle K. Lewis appeared on behalf of moving parties, defendants NEWARK. James P. Swanseen appeared on behalf of plaintiff SHIRIN SHERVIN. After full consideration of the moving and opposition papers, the evidence

1

[PROPOSED] ORDER GRANTING MOTION TO STRIKE
CV 08 1632 VRW

submitted by all parties, the arguments of counsel, all other matters presented to the court associated with the subject motion to strike pursuant to Federal Rule of Civil Procedure 12(f), and good cause appearing therefor:

IT IS ORDERED that NEWARK'S Motion to Strike Prayer for Punitive Damages is hereby granted.

The following language is stricken from Paragraph 32 of the complaint: "Plaintiff is therefore entitled to an award of punitive damages."

The following language is stricken from Paragraph 4 of the Prayer for Relief under the First Cause of Action: "For punitive damages."

The following language is stricken from Paragraph 2 of the Prayer for Relief under the Second Cause of Action: "For punitive damages, in an amount to be determined according to proof at trial."

IT IS SO ORDERED:

Dated: _____    _____
Vaughn R. Walker
United States District Judge

## PROOF OF SERVICE

Shirin Natalie Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1632 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 22, 2008**, I served the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT NEWARK'S MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff SHIRIN<br>NATALIE SHERVIN |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 22, 2008**, at San Francisco, California.

*/s/ Laura Talesnik*
LAURA TALESNIK

Selman Breitman LLP
ATTORNEYS AT LAW

149324.1  555.24981

1