**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRIN NATALIE SHERVIN,

    Plaintiff,

 v.

CITY OF NEWARK, et al.,

    Defendants.
_____/

No. C 08-1631 VRW
Related to C08-1632 VRW

**CLERK'S NOTICE**

(Defendant is directed to serve a copy, and file with the court, proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing.)

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendants' Motion to Dismiss and Motion to Strike to **August 21, 2008 at 2:30 PM.** You are further Notified that the Case Management Conference presently scheduled for July 3, 2008 shall be continued to **September 18, 2008 at 3:30 PM.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: April 30, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker