JAMES P. SWANSEEN, ESQ.
Attorney at Law
(State Bar No. 159918)
336 Bon Air Center, Suite 270
Greenbrae, CA 94904
(415) 571-6403

Attorney for Plaintiff
SHIRIN NATALIE SHERVIN

FILED
08 MAY -1 AM 11:50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRIN NATALIE SHERVIN,

Plaintiff,

v.

CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; WILLIAM (BILL) SHAFFER; and DOES 1 to 100, inclusive,

Defendants.

CASE NO. CV081632~~WHA~~ VRW

AFFIDAVIT OF COUNSEL

I, JAMES P. SWANSEEN, declare under oath as follows:

1. I am an attorney licensed to practice in the State of California, and I represent plaintiff SHIRIN NATALIE SHERVIN in the above-captioned case.

2. All the facts set forth in the accompanying Notice of Motion and Motion to Withdraw as Counsel herein are true and correct and are within my own personal knowledge; if called upon to testify hereto, I would truthfully and competently do so.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JAMES P. SWANSEEN

ACKNOWLEDGMENT

State of California )
) SS.
County of Marin )

On April 28, 2008, before me, Anne Ross, Notary Public, personally appeared JAMES P. SWANSEEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

ANNE ROSS
Commission # 1721184
Notary Public - California
Marin County
MyComm. Expires Jan 27, 2011

WITNESS my hand and official seal.

Anne Ross

(2008)

(SEAL)