1   JAMES P. SWANSEEN, ESQ.
   Attorney at Law

2   (State Bar No. 159918)
   336 Bon Air Center, Suite 270

3   Greenbrae, CA  94904
   (415) 571-6403

4   Attorney for Plaintiff
   SHIRIN NATALIE SHERVIN

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   SHIRIN NATALIE SHERVIN,     )   CASE NO. CV081632~~WHA~~ VRW
                            )

12      Plaintiff,        )   ORDER AUTHORIZING WITHDRAWAL OF
                            )   COUNSEL

13   v.                      )

14   CITY OF NEWARK, CALIFORNIA;  )
   ROBERT DOUGLAS; RICHARD LOPEZ; )

15   WILLIAM (BILL) SHAFFER;    )   DATE:
   and DOES 1 to 100, inclusive, )

16      Defendants.      )   TIME:
                            )   DEPT.:

17

18      On _____, 2008, the motion of James P. Swanseen

19 to withdraw as counsel of record for plaintiff SHIRIN NATALIE SHERVIN

20 came on for hearing.  The Court finds that due notice of the motion was

21 given to plaintiff SHIRIN NATALIE SHERVIN and to the remaining parties

22 in the action.  Plaintiff SHIRIN NATALIE SHERVIN _____ did _____ did not

23 appear to contest the motion.  Having reviewed the motion and the

24 relevant arguments and authorities, the Court is of the opinion that the

25 motion is proper.  Therefore,

26      IT IS ORDERED THAT:

27      1.   James P. Swanseen may withdraw as counsel of record in this

28 matter.



E



2.  As of the date of service of notice of this order, no further notices, papers, or pleadings may be made on James P. Swanseen on behalf of plaintiff SHIRIN NATALIE SHERVIN.

3.  As of the date of service of notice of this order, all further notices, papers, or pleadings that may or must be served on plaintiff SHIRIN NATALIE SHERVIN under Rule 5 of the Federal Rules of Civil Procedure must be served on:

> SHIRIN NATALIE SHERVIN
> 1 Muroc Lake Drive, #125
> Novato, CA  94949
> (415) 234-6367

4.  James P. Swanseen is ordered to give written notice of this order to all parties to this action in addition to any notice that the Clerk may give of this notice.  James P. Swanseen will file a copy of the written notice, with a Certificate of Service attached, no later than _____.

5.  James P. Swanseen is ordered to give written notice of this order to plaintiff SHIRIN NATALIE SHERVIN, by hand delivery of a copy of this order if possible, and, if not possible, by mail, at the address listed above.  James P. Swanseen must give this notice forthwith and must file an Affidavit with this Court, no later than _____, 2008, specifying what actions have been taken to serve a copy of this order on plaintiff SHIRIN NATALIE SHERVIN by hand or why service by hand delivery was impossible and, if service by hand proves impossible, when and how service by mail was effected.  The Court reserves the right to set aside this order if it finds that James P. Swanseen has not diligently attempted to serve plaintiff SHIRIN NATALIE SHERVIN with a copy of this order.

Dated: _____        _____
                                   United States District Court Judge

-5-