IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>        Plaintiff,<br><br> v.<br><br>CITY OF NEWARK, et al.,<br><br>        Defendant.<br>_____/ | No.  C 08-1631  VRW<br>**Related to**<br>**C08-1632 Shervin v City of Newark**<br><br>**CLERK'S NOTICE** |

(Plaintiff is directed to serve a copy, and file with the court proof of service, of this notice on any party action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

YOU ARE NOTIFIED THAT the Motion to Withdraw As Counsel for Plaintiffs filed May 1, 2008 shall be heard on **June 19, 2008 at 2:30 PM.**  Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 9, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMIR SHERVIN,

        Plaintiff,

  v.

NEWARK CITY OF et al,

        Defendant.
                                  /

Case Number: C08-1631 VRW
                    C08-1632 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danielle Kono Lewis  -  e-notified
Selman Breitman
33 New Montgomery, 6th Floor
San Francisco, CA 94105

Gregg Anthony Thornton - e-notified
Selman Breitman, LLP
33 New Montgomery Street, 6th Floor
San Francisco, CA 94105

James Paul Swanseen
Attorney at Law
336 Bon Air Center
Suite 270
Greenbrae, CA 94904

Dated: May 9, 2008

                                          Richard W. Wieking, Clerk
                                          By: Cora Klein, Deputy Clerk