United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>    Plaintiff,<br><br>    v<br><br>CITY OF NEWARK, et al,<br><br>    Defendants. | No   C 08-1631 VRW |
| SHIRIN SHERVIN,<br><br>    Plaintiff,<br><br>    v<br><br>CITY OF NEWARK, et al,<br><br>    Defendants. | No   C 08-1632 VRW<br><br>ORDER |

Before the court are motions by plaintiffs' counsel, James P Swanseen, to withdraw from the above-captioned cases. Doc #17 in 08-1631, Doc #22 in 08-1632. A hearing on these motions is scheduled for June 19, 2008 at 2:30 pm.

In the documents submitted in support of his motion, Swanseen offers certain medical problems as cause for withdrawal. He does not, however, describe his communications with his clients

1  about the proposed withdrawal beyond informing the court that he
2  "has spoken with plaintiff[s]."  Doc #17 in 08-1631 at 3, Doc #22
3  in 08-1632 at 3.
4          Swanseen is ORDERED to serve and file a declaration,
5  signed under penalty of perjury, detailing (1) the exact reasons
6  for his proposed withdrawal that he offered to plaintiffs and (2)
7  the steps that he has taken and intends to take to secure
8  replacement representation for his clients.  The declaration shall
9  be filed by June 18, 2008 at noon.

          IT IS SO ORDERED.

                              _____
                              VAUGHN R WALKER
                              United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br>SHIRIN SHERVIN<br><br>         Plaintiff,<br><br>   v.<br><br>NEWARK CITY OF et al,<br><br>         Defendant.                              / | Case Number: CV08-01631 VRW<br>                          CV08-01632 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Paul Swanseen
Attorney at Law
336 Bon Air Center
Suite 270
Greenbrae, CA 94904


James Paul Swanseen
Attorney at Law
VIA FACSIMILE: (415) 453-8451

Dated: June 16, 2008

                                              Richard W. Wieking, Clerk
                                              By: Frank Justiliano, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMIR SHERVIN,<br>SHIRIN SHERVIN<br><br>          Plaintiff,<br><br>   v.<br><br>NEWARK CITY OF et al,<br><br>          Defendant.<br>_____/ | Case Number: CV08-01631 VRW<br>                          CV08-01632 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Paul Swanseen
Attorney at Law
336 Bon Air Center
Suite 270
Greenbrae, CA 94904

James Paul Swanseen
Attorney at Law
VIA FACSIMILE: (415) 453-8451

Dated: June 16, 2008

              Richard W. Wieking, Clerk
              By: Frank Justiliano, Deputy Clerk