```
JAMES P. SWANSEEN, ESQ.
Attorney at Law
(State Bar No. 159918)
336 Bon Air Center, Suite 270
Greenbrae, CA  94904
(415) 571-6403

Attorney for Plaintiffs
AMIR SHERVIN and
SHIRIN NATALIE SHERVIN
```

**FILED**

JUN 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, etc., et al.,<br><br>    Defendants. | CASE NO. C 08-1631 VRW |
| SHIRIN NATALIE SHERVIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, etc., et al.,<br><br>    Defendants. | CASE NO. C 08-1632 VRW<br><br>DECLARATION OF JAMES P. SWANSEEN |

I, James P. Swanseen, declare:

1. I am an attorney licensed to practice in the State of California and in the U.S. District Court for Northern California.

2. This declaration is submitted in response to an order of the Honorable Vaughn R. Walker to detail (a) the exact reasons for my proposed withdrawal that was related to plaintiffs, and (b) the steps I have taken and intend to take to secure replacement representation for

-1-

SHERas_P_07.wpd          Declaration of James P. Swanseen

1  plaintiffs.

2      3.    Plaintiff AMIR SHERVIN is currently charged with separate
3  criminal offenses in both the City and County of San Francisco (assault)
4  and Alameda County (resisting arrest). The latter offense involves the
5  same factual basis as for the civil case that is before the Court.
6  Plaintiff SHIRIN NATALIE SHERVIN, plaintiff AMIR SHERVIN's daughter, was
7  also charged in Alameda County, with resisting arrest. That case has
8  since been dismissed but also arises from the same incident as her
9  father's alleged offense.

10      4.    I represented both plaintiffs as to their criminal charges
11  pro bono until recently, when I was permitted to withdraw as counsel in
12  both San Francisco and Alameda counties.

13      5.    Both plaintiffs were aware that I had limited my practice to
14  criminal defense and that I did not engage in civil litigation.

15      6.    Plaintiff AMIR SHERVIN was unable to find counsel to
16  represent him and his daughter in the civil litigation before the Court.
17  I filed a notice of claim against defendants and filed the civil
18  complaint for plaintiffs because of statutory time concerns.

19      7.    I do not know or have contact with civil attorneys to whom I
20  could refer plaintiffs, except for Patrick Heron, of San Rafael.

21      8.    I met with Mr. Heron on several occasions and provided him
22  with discovery on the Alameda County case. Further, plaintiff AMIR
23  SHERVIN and I had a meeting with Mr. Heron several months ago, and
24  Mr. SHERVIN has since met with Mr. Heron separately on other occasions;
25  however, as of this date no agreement has been reached between them.

26      9.    Although plaintiffs and I executed a written contingency-fee
27  agreement, I have told them I will not require any monetary fee for this
28  case once they find other representation.

-2-

SHERas_P_07.wpd        Declaration of James P. Swanseen

06/18/2008 10:49    415-453-8451    FEDEX KINKO'S 5143    PAGE 03

10. The time that my medical problems arose coincided with defendants' transfer of this case to federal court.

11. I have told plaintiffs that I feel I am not adequately experienced to represent them in federal court and that I do not want to jeopardize their claim as a result of my lack of experience in civil litigation. My medical problems only serve to compound the potential for inadequate representation and prosecution of plaintiffs' claim.

12. I spoke with plaintiff AMIR SHERVIN on June 17, 2008, and he informed me that he has contacted several attorneys about representing him but has not yet secured new representation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2008, at San Rafael, California.

James P. Swanseen