UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**   June 19, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**    Belle Ball

**CASE NO.**  C 08-1631  VRW

**TITLE:**   AMIR SHERVIN v CITY OF NEWARK et al

**CASE NO.**  C 08-1632  VRW

**TITLE:**   SHIRIN NATALIE SHERVIN v CITY OF NEWARK et al

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
James Swanseen                      Danielle Lewis
Plaintiffs: Amir Shervin and Shirin Natalie Shervin - Present

**PROCEEDINGS:**
　　　　Plaintiff's Counsel's Motion to Withdraw As Counsel of Record

**RESULTS:**
　　　　The Court granted the motion to withdraw.
　　　　The plaintiffs shall notify the court if they have new counsel.
　　　　Mr Swanseen shall continue to receive papers for the plaintiffs until new lawyer has been retained.
　　　　Defendant's motion to dismiss noticed for August 21, 2008 shall remain on calendar.