IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRIN SHERVIN,

    Plaintiff,

    v

CITY OF NEWARK, et al,

    Defendants.

No   C 08-1632 VRW

ORDER

---

        On January 31, 2008, Shirin Shervin filed a complaint in the superior court, alleging state and federal claims based on the December 2006 arrest of her father, Amir Shervin, by City of Newark police officers. See Doc #1 in 08-1632 at 4-10. Amir Shervin filed a complaint based on the same events. See Doc #1 at 4-10 in 08-1632. Defendants removed the cases to this court on March 26, 2008, Doc #1 in 08-1631 and 08-1632, and the cases were related on April 14, 2008. Doc #7 in 08-1631; Doc #11 in 08-1632. On April 22, 2008, defendants filed motions to dismiss and strike in both cases. Doc ##8, 11 in 08-1631; Doc ##13, 16 in 08-1632.

        On July 29, 2008, Amir Shervin and Shirin Shervin filed a first amended complaint ("FAC") pursuant to FRCP 15(a)(1)(A) in the 08-1631 case. Doc #27 in 08-1631. The FAC names Amir Shervin and

Shirin Shervin as pro se plaintiffs and was signed by both of them. Doc #27 in 08-1631 at 1, 18. No FAC was filed in the 08-1632 case. Defendants withdrew their motions to dismiss and strike the original complaint in the 08-1631 case, Doc ##31, 32, but the motions to dismiss and strike are still pending in the 08-1632 case.

    Shirin Shervin apparently intends to proceed as co-plaintiff with Amir Shervin in the 08-1631 case. If Shirin Shervin intends to proceed on her own in the 08-1632 case instead, she is **DIRECTED** to notify the court in writing not later than August 12, 2008. If Shirin Shervin does not so notify the court, the hearing scheduled for August 21, 2008 will be vacated, the 08-1632 case will be dismissed and Shirin Shervin may proceed as a co-plaintiff with Amir Shervin in the 08-1631 action.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge