UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHIRIN N. SHERVIN,

        Plaintiff,

  v.

NEWARK CITY OF et al,

        Defendant.

Case Number: CV08-01632 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirin Natalie Shervin
1 Muroc Lake Drive, #125
Novato, CA 94949

Dated: August 6, 2008

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk