IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRIN SHERVIN,                              No   C 08-1632 VRW

    Plaintiff,                             ORDER

    v

CITY OF NEWARK, et al,

    Defendants.

_____/

On July 29, 2008, Amir Shervin and Shirin Shervin filed a first amended complaint ("FAC") in a related case, case no 08-1631, in which Amir Shervin was previously the sole plaintiff. Doc #27 in 08-1631. Because the FAC made allegations encompassing those in the complaint herein, see Doc #1 at 4-10, the filing of the FAC in the 08-1631 case evidenced Shirin Shervin's intent to proceed as co-plaintiff with Amir Shervin in the 08-1631 case rather than on her own in this case.

On August 6, 2008, the court directed Shirin Shervin to notify the court in writing not later than August 12, 2008 if she

intends to proceed on her own in the 08-1632 case rather than as co-plaintiff in the 08-1631 action.  Doc #32 at 2.  Shirin has not so notified the court.  Accordingly, the 08-1632 case is DISMISSED for failure to prosecute and the August 21, 2008 hearing on defendants' motion to dismiss is VACATED.  The clerk is DIRECTED to close the file.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge